# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANANDA GUPTA, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>ROB BONTA<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21-cv-08104-SVW-MRW<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 10/12/2021 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

It appears the name of an individual known to be a minor is contained in documents filed with the Court. Fed R Civ P 5.2(a) requires that a minor's initials (as opposed to a minor's spell-out name) be used on documents filed with this Court, unless the Court orders otherwise. You are not required to take any action in response to this notice unless the Court so directs

Clerk, U.S. District Court

Dated: October 13, 2021          By: /s/ *Geneva Hunt_geneva_hunt@cacd.uscourts.gov*
                                         Deputy Clerk