ROB BONTA
Attorney General of California
HEATHER HOESTEREY
Supervising Deputy Attorney General
KRISTIN A. LISKA
Deputy Attorney General
RITA B. BOSWORTH
Deputy Attorney General
State Bar No. 234964
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3592
  Fax:  (415) 703-5480
  E-mail:  Rita.Bosworth@doj.ca.gov
*Attorneys for Defendant Rob Bonta,
in his official capacity.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **RAJAN GUPTA, a minor, by and through his next friend ANANDA GUPTA,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:21-CV-08104-SVW-MRW<br><br>**AMENDED NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>Courtroom: 10A<br>Judge: The Honorable Stephen V. Wilson<br>Trial Date: Not set<br>Action Filed: 10/12/2021 |

**TO THE CLERK, ALL PARTIES AND THEIR COUNSEL:** Please take notice that, pursuant to Civil Local Rule 83-1.4, California Attorney General Rob Bonta is aware of and hereby identifies the following proceeding pending outside this court as involving a material part of the subject matter of the Complaint in the instant case:

- *RIGHT TO LIFE OF CENTRAL CALIFORNIA ("RIGHT TO LIFE") V. BONTA, CASE. NO. 1:21-CV-01512 (E.D. CAL. 2021), FILED OCTOBER 13, 2021*

| | |
|---|---|
| Attorneys for Plaintiffs: | Kevin H. Theriot (Arizona Bar No. 030446)<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th St.<br>Scottsdale, Arizona 85260<br>480-444-0020<br>ktheriot@ADFlegal.org |
| | Denise M. Harle (Georgia Bar No. 176758)<br>ALLIANCE DEFENDING FREEDOM<br>1000 Hurricane Shoals Road NE, Suite D-1100<br>Lawrenceville, Georgia 30043<br>(770) 339-0774<br>dharle@ADFlegal.org |
| | Christiana Holcomb (California Bar No. 277427)<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>202-393-8690<br>cholcomb@ADFlegal.org |
| Attorneys for Defendant: | Kristin A. Liska (California Bar No. 315994)<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94121<br>(415) 510-3916<br>kristin.liska@doj.ca.gov |
| | Rita B. Bosworth (California Bar No. 234964)<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94121<br>(415) 510-3592<br>rita.bosworth@doj.ca.gov |

*Description:* Plaintiffs in *Right to Life* plead that SB 742 (1) violates their First Amendment right to communicate an anti-abortion message and contend it is unconstitutionally overbroad, vague, content-based, viewpoint-based, and not tailored to serve a significant government interest; (2) violates their First Amendment right to the free exercise of religion; (3) violates the Fourteenth Amendment right to equal protection; (4) violates their Fourteenth Amendment

right to procedural due process; and (5) violates their First Amendment right to expressive association.

*Relationship: Right to Life* has overlapping subject matter with this case in that they both challenge the constitutionality of SB 742 based on freedom of speech. Plaintiffs previously filed a Notice of Pendency of Other Proceedings regarding another case with the same overlapping subject matter, *Aubin et al. v. Bonta* (*"Aubin"*), Case No. 5:21-cv-7938 (N.D. Cal.), filed Oct. 10, 2021. ECF 5.

*Basis to Transfer: Right to Life*, *Aubin,* and this case all address substantially the same facts and questions of law. Thus, it would avoid conflicts, conserve resources and promote an efficient determination of the action to transfer this case and *Right to Life* to the Northern District of California, where *Aubin* is pending. As such, Defendant intends to file a motion to transfer both this case and *Right to Life* to the Northern District of California pursuant to 28 U.S.C. § 1404(a).[1]

Dated:  October 26, 2021  Respectfully submitted,

ROB BONTA
Attorney General of California
HEATHER HOESTEREY
Supervising Deputy Attorney General
KRISTIN A. LISKA
Deputy Attorney General

 */s/ Rita B. Bosworth*

RITA B. BOSWORTH
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity.*

SA2021305107
42937570.docx

---

[1] 28 U.S.C. § 1404(a) states: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."

# CERTIFICATE OF SERVICE

Case Name: **Gupta, Rajan, et al. v. Rob Bonta**
Case No.   **2:21-CV-08104-SVW-MRW**

I hereby certify that on October 26, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**AMENDED NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 26, 2021, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|---|---|
| Declarant | Signature |

SA2021305107
42938074.docx