UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 21-8104 MRW | Date | November 3, 2021 |
|---|---|---|---|
| Title | Gupta v. Bonta | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**   ORDER RE: VIDEO STATUS CONFERENCE

   1.   The parties recently consented to magistrate judge jurisdiction in this civil action. All future proceedings in this district will be with Judge Wilner.

   2.   Currently pending in the action are: (a) Plaintiff's fully-briefed motion for a preliminary injunction regarding SB 742; and (b) the Attorney General's partially-briefed motion to transfer the action to the Northern District of California. (Docket # 17, 27.)

   3.   I'm aware (from the parties' diligent filings and my review of the news) of the existence of similar statutory challenges in the Northern and Eastern Districts. From this, I've been informed that Judge Drozd recently issued a TRO regarding the statute, and also has a transfer-to-NDCA motion pending. Finally, I know that Judge Cousins in San Jose recently held a hearing on the TRO application in his case.

   4.   I'd value a brief discussion with the attorneys regarding the status of this action. In particular, I'd like your thoughts on the impact of Judge Drozd's decision. Is the Central District action moot? And what if Judge Cousins weighs in shortly? Additionally, we should talk about the upcoming sequence of events in the current action. Should the Court take up the transfer request before the PI motion? If so, what schedule can the parties agree on?

   5.   So, let's have a video hearing to kick over these issues and any other case management points that come up. The hearing will be on Monday, November 8, at 10:30 a.m. PT (1:30 p.m. ET for Mr. Frank). The Court will send video access instructions under separate cover. If the proposed date and time don't work, please caucus with each other and contact the Clerk with other suggested hearing dates.