IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **R.G., a minor, by and through his next friend ANANDA GUPTA,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:21-CV-08104-~~SVW~~-MRW<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>Complaint served:      Oct. 15, 2021<br>Current response date:  Nov. 5, 2021<br>New response date:    30 days after entry of order on all injunctive relief proceedings |

The Court hereby grants the parties stipulation to extend time for Defendant to respond to the Complaint and orders that the Defendant shall respond to the Complaint within 30 days of the Court's final entry of judgment the Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: Nov. 5, 2021

_____
The Honorable Michael Wilner

1