UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-8104 MRW | Date | November 8, 2021 |
| Title | Gupta v. Bonta | | |

| | |
|---|---|
| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |

| Veronica Piper | CS 11/8/2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| Theodore Frank | Kristen Liska, AG |
| | Rita Bosworth |

Proceedings:   ORDER RE: SCHEDULE FOR TRANSFER MOTION

1. The Court held a video hearing with the parties today. The Court expressed its interest in resolving the (potential) transfer issue before reaching the merits of the constitutional claims.

2. With the general agreement of the parties, Plaintiff's response to the Attorney General's transfer motion (Docket # 27) will be due by noon PT on Friday, November 12. The Attorney General's optional reply will be due by noon PT on Tuesday, November 16. (The lawyers may tweak those deadlines by agreement – just keep me posted.)

3. The Court will conduct a hearing on the motion by video on Wednesday, November 17, at 9:30 a.m. PT. The hearing originally noticed for December 8 is vacated.

: 30
Initials of Preparer: vp